· UNITED STATES v. FRASSE et al.

(Circuit Court, S. D. New York. May 15, 1899.)

No. 2,198.

CUSTOMS DUTIES—CLASSIFICATION—STEEL DRILL RODS.
    Polished steel rods made by Stubbs, in England, commonly and com-
    mercially known as "drill rods," or "Stubbs steel," which are in fact used
    for making drill rods, being the standard for making the best drills, are
    dutiable under paragraph 124 of the tariff act of 1894, as drill rods, and
    not under paragraph 122, covering steel in all forms and shapes not
    specially provided for.

Appeal by the United States from a decision of the board of general
appraisers which reversed the classification of the collector of customs
of the importations in question.

J. T. Van Rensselaer, Asst. U. S. Atty.
Stephen G. Clarke, for the importers.

TOWNSEND, District Judge. The merchandise in question com-
prises certain fine steel rods or bars, highly polished, of the class
known as "Stubbs steel," one-half and three-sixteenths of an inch in
diameter, and about 36 inches long. They were returned as steel
drill rods, valued above 4 cents a pound, and duty was assessed
thereon, in accordance with the provisions of paragraph 124 of the
act of 1894, at 40 per cent. ad valorem, as "drill rods." The import-
ers protested, claiming that they were dutiable under the provisions
of paragraph 122 of said act, for "steel in all forms and shapes, not
specially provided for in this act, valued above sixteen cents per
pound," etc. The board of appraisers found that they were neither
wire nor strip steel, but that they were bright steel rods. The coun-
sel for the United States contends that they are drill rods in fact,
and, if material to this question, that they are drill rods of wire,
under the subheading of "wire" in said paragraph 124.

These rods were manufactured by Peter Stubbs, of England, from
special tool steel. The analyses show that the steel contains a very
small quantity, comparatively, of phosphorus; that it was made in
a crucible, out of the best iron, into ingots; was then heated and
hot rolled to about the size of the finished rods; that these rods
were then passed through the rolls cold, then annealed soft, then
drawn cold through dies to the exact gauge, then unrolled, straight-
ened, and polished and cut into lengths, and when so made, by rea-
son of the low percentage of phosphorus, were eminently suitable for
drill rods. There is further much evidence to show that this Stubbs
steel was the standard for the best drill rods, and it is in fact used
to make drill rods. It is proven that these rods are commonly or
commercially known as "drill rods," although known by other names,
such as "Stubbs steel" and "steel rods." It is further proven by un-
contradicted testimony that rods of this character, and of the length
and diameter shown by these exhibits, were included in the wire class
by commercial designation in this country; and it is shown by the
testimony of expert witnesses that they come within the definition

of wire, in that they are composed of metal drawn cold through a die, with an even diameter, and a smooth, bright surface. It is established by uncontradicted testimony that these articles have gone through the processes which are essential in the making of wire, and which are essential to fit them for the making of drills, and that they have been cut into appropriate lengths; and it is abundantly established by the evidence of manufacturers, as well as dealers, that they are commercially included within the class of wires or wire, and are commonly known as "drill rods." Inasmuch as they are also steel rods for making drills, and therefore drill rods in fact, the decision of the board of general appraisers is reversed.